# United States District Court
## EASTERN DISTRICT OF VIRGINIA

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Robert Wylie

**06-331-M-01**

CASE NUMBER : 1:97cr395-002

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Robert Wylie** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

RECEIVED U.S. MARSHALS
2006 JUL -6 P 1:58
E/D VA ALEXANDRIA

Amy Giannetti-Gillespie
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

July 6, 2006
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $ __No Bond__   by   __Claude M. Hilton__
United States District Judge

| Date Received 7/6/06 | Name and Title of Arresting Officer Fitzgerald, Derrick DUSM | Signature of Arresting Officer *[signature]* |
|---|---|---|
| Date of Arrest 7/24/06 | | |